# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2025-0659
_____

WALTER E. GREEN,

   Petitioner,

   v.

TOMMY FORD, Sheriff of Bay
County, Fl.,

   Respondent.

_____

Petition for Writ of Habeas Corpus—Original Jurisdiction.


June 25, 2025


PER CURIAM.

   DISMISSED. *Logan v. State*, 846 So. 2d 472, 479 (Fla. 2003).

LEWIS, ROWE, and BILBREY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____


Walter E. Green, pro se, Petitioner.

No appearance for Respondent.